Olinsky Law Group
A NATIONAL DISABILITY LAW FIRM
www.windisability.com
1-888-WIN-SSDI

250 S Clinton St Ste 210
Syracuse, NY 13202

11875 High Tech Ave Ste 100B
Orlando, FL 32817

Telephone: 315-701-5780, Fax: 315-701-5781

*Document Electronically Filed*

Hon. Robert W. Lehrburger
United States District Judge
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

August 6, 2025

Granted.

SO ORDERED:

8/6/2025

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

  Re: Prastos v. Commissioner of Social Security
     Docket No: 1:25-cv-03954-RWL

Hon. Judge Lehrburger:

  This letter respectfully requests an extension of time of sixty-one (61) days for Plaintiff to file Plaintiff's Brief in this matter, to October 13, 2025. Plaintiff's Brief is currently due on August 13, 2025; however, Plaintiff cannot complete the Brief on time for the reasons detailed below.

  Counsel requests this extension due to multiple, simultaneous filing deadlines. Counsel requires additional time to prepare Plaintiff's brief properly and thoroughly. For instance, between August 1, and October 10, 2025, staff in Counsel's office have one hundred and ninety-nine (199) Plaintiff briefs due. This figure does not include briefings which will be due after the filing of Administrative Records throughout this timeframe, Oral Arguments, appeals to Circuit Courts, Reply Briefs, settlement negotiations, and the various other tasks which arise throughout the course of litigation. These circumstances do not allow for Plaintiff's Counsel to properly prepare the brief by the current deadline. This request will not cause Defendant any undue hardship. This extension is needed to prepare the brief thoroughly and properly.

  Plaintiff's counsel has contacted Defense Counsel, who kindly consents to this request and has agreed to the below briefing schedule. This request will not cause Defendant any undue hardship. The parties have agreed on the briefing schedule below. This is Plaintiff's first request for an extension of time.

  If Plaintiff's request is granted, the new briefing schedule would be:

- **Plaintiff's Brief is due on or before October 13, 2025;**
- **Defendant's Brief is due on or before December 12, 2025; and**
- **Plaintiff's Reply Brief, if any, is due on or before January 9, 2026.**

//
//
//

Thank you for your consideration.

                                                  Respectfully submitted,

                                                  */s/ Howard D. Olinsky*
                                                  Howard D. Olinsky, Esq.
                                                  Counsel for Plaintiff

CC [via ECF]: Graham Morrison, Esq., Attorney for Defendant

**SO ORDERED.**

Dated: _____                            _____
                                                                                **U.S. Magistrate Judge**