

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*c/o Social Security Administration tel (212) 264-2426*
*Office of the General Counsel*
*6401 Security Boulevard*
*Baltimore, MD 21235*

Granted.

SO ORDERED:

8/22/2025

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

August 21, 2025

<u>By ECF</u>
Hon. Robert W. Lehrburger
United States Magistrate Judge
United States Courthouse
40 Foley Square
New York, New York 10007

    Re:  *Nicholas Prastos v. Comm'r of Soc. Sec.*, No. 1:25-cv-03954-RWL

Dear Judge Lehrburger:

This Office represents the Commissioner of Social Security (the Commissioner) in the above-referenced action. I write to respectfully advise the Court of an error concerning the Certified Administrative Record (CAR) in this matter and to ask that the Court strike the CAR at Docket No. 8. In reviewing the record, it was discovered pages were inadvertently omitted when the CAR was filed. There, the undersigned has asked the Social Security Administration to prepare a corrected CAR, which will be filed shortly. This office has contacted opposing counsel, Howard David Olinsky, and he has no objection to the requested relief.

Thank you for your consideration of this request.

                               Respectfully,

                               JAY CLAYTON
                               United States Attorney

                           /s/Heetano Shamsoondar
              BY:  Heetano Shamsoondar
                    Special Assistant U.S. Attorney
                    Attorney for Defendant
                    c/o Office of the General Counsel
                    Social Security Administration
                    6401 Security Boulevard
                    Baltimore, MD 21235
                    (212) 264-2426

cc: Howard David Olinsky, Esq. (By ECF)