**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------------X
 NICHOLAS P.,

                              Plaintiff,                    25 **CIVIL** 3954 (GRJ)

         -v-                                                **JUDGMENT**


COMMISSIONER OF SOCIAL SECURITY,

                              Defendant.
---------------------------------------------------------------------X


        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Decision and Order dated March 30, 2026, Plaintiff's request for judgment

on the pleadings is GRANTED; the Commissioner's request for judgment on the pleadings is

DENIED; and this case is REMANDED for further administrative proceedings consistent with

this Decision and Order. Accordingly, the case is closed.

**Dated:**  New York, New York

        March 31, 2026


                                                        **TAMMI M. HELLWIG**
                                                _____
                                                        **Clerk of Court**


                                BY:
                                                _____
                                                        **Deputy Clerk**